UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIUS E. McNEIL, a married woman, and, ANGELA R. McNEIL, a married man, on behalf of self, marital community and as Guardian of MARCELL S.A. McNEIL, a minor,<br><br>            Plaintiffs,<br><br>      vs.<br><br>ROSE ART, INC., believed to be a New Jersey corporation; ABC CORPORATIONS 1-10, believed to be the parent corporation(s) of Rose Art, Inc.; and ABC CORPORATIONS 11-20, believed to be wholly owned subsidiaries of Rose Art, Inc.,<br><br>            Defendants. | Case No. C06-5165 JCC<br><br>**STIPULATED MOTION TO SEAL FILE AND AGREED ORDER** |

**STIPULATION**

COME NOW the undersigned parties and respectfully request that Court seal the Petition for Approval of Minor Settlement, Report of the Guardian ad Litem, and Order Approving Minor Settlement, and any other document containing reference to the settlement amount and/or distribution allocation in the above-referenced file. This case arises out of the

STIPULATED MOTION TO SEAL FILE
AND AGREED ORDER - 1

OSBORN MACHLER
2125 Fifth Avenue
Seattle, WA 98121
Telephone (206) 441-4110
Facsimile (206) 441-4220
Toll Free 1-877-260-1110

1  injuries to a minor child.  The case has settled and the parties have agreed that these court files
2  be sealed.

3  This case did not proceed through discovery or substantive motions, and so, materials
4  related to liability issues are not contained in these files.  The information contained in these
5  files concerns the injuries to the child, which should remain private, and it is important to the
6  plaintiffs that the Petition for Approval of Minor Settlement, Report of the Guardian ad Litem,
7  Order Approving Minor Settlement, and any document referencing the settlement amount or
8  distribution allocation remain confidential for obvious reasons.  The public interest would not
9  be served by disclosing this private information because:

10  1. The materials in these files are made up of documents normally protected by
11  physician-patient privilege that would normally be exempt from public review;

12  2. Sealing the record is necessary to fulfill the strong public policy of encouraging
13  settlements because the parties bargained for, and agreed to, confidentiality as a material
14  element of the settlement;

15  3. The materials sought to be sealed do not contain substantive information that
16  will assist others in similar litigation;

17  4. Disclosure of the settlement terms, settlement amount, medical information,
18  personal and financial information regarding the child, distribution allocation, and other
19  materials will not serve the public interest; and

20  5. Confidentiality of the settlement terms and private information in this matter
21  outweighs any other person's or entity's need to know.

STIPULATED MOTION TO SEAL FILE
AND AGREED ORDER - 2

OSBORN MACHLER
2125 Fifth Avenue
Seattle, WA 98121
Telephone (206) 441-4110
Facsimile (206) 441-4220
Toll Free 1-877-260-1110

DATED this _____ day of _____, 2006.

OSBORN MACHLER

By_____
Simeon J. Osborn, WSBA #14484
Attorney for Plaintiffs

OGDEN MURPHY WALLACE

By_____
D. K. Yoshida, WSBA #_____
Attorney for Defendant Rose Art Industries, Inc.

WILLIAMS KASTNER & GIBBS

By _____
Jeffrey R. Johnson, WSBA #_____
Attorney for Defendant Mega Bloks, Inc.

### ORDER

Based upon the foregoing stipulation, IT IS ORDERED that the Petition for Approval of Minor Settlement, Report of the Guardian ad Litem, Order Approving Minor Settlement and any documents referencing settlement terms or distribution allocation shall be filed under seal, and the Clerk of the Court is instructed to do so and keep these pleadings and documents under seal.

DATED THIS 17th day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO SEAL FILE
AND AGREED ORDER - 3

OSBORN MACHLER
2125 Fifth Avenue
Seattle, WA 98121
Telephone (206) 441-4110
Facsimile (206) 441-4220
Toll Free 1-877-260-1110