UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIUS E. MCNEIL *et al.*, | CASE NO. C06-5165-JCC |
| Plaintiffs, | ORDER |
| v. | |
| ROSE ART, INC. *et al.*, | |
| Defendants. | |

This matter comes before the Court on Marcell S. Johnson's motion for release of settlement funds (Dkt. No. 43). This case involved a suit to recover damages that Mr. Johnson suffered while he was a minor. (*See generally* Dkt. No. 1.) At the time the case settled, Mr. Johnson was still a minor. (Dkt. No. 43 at 2.) Consequently, the settlement funds were deposited with KeyBank in a blocked account. (*Id.*) Mr. Johnson now seeks release of the funds from that account because he has reached the age of eighteen. (*Id.*) The Court hereby GRANTS Mr. Johnson's motion and ORDERS that KeyBank is authorized and directed to disburse directly to Mr. Johnson any and all funds, plus any interest accrued, held in account number 9954 in the name of "Osborn Machler, PPLC Simeon J. Osborn" for and on behalf of Mr. Johnson.

//

//

//

1     DATED this 17th day of December 2019.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE